# Court of Appeals
# of the State of Georgia

ATLANTA, February 08, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0962. G. MICHAEL SMITH v. DEUTSCHE BANK TRUST COMPANY.**

This case began as a dispossessory action in magistrate court. Following an adverse ruling, G. Michael Smith appealed to the state court, which entered judgment in favor of Deutsche Bank Trust Company. Thirty-two days later, Smith filed a notice of appeal to this Court. We lack jurisdiction for two reasons.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Smith was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). Moreover, this appeal is untimely. An appeal in a dispossessory action must be filed within seven days after entry of the order at issue. OCGA § 44-7-56; *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). Smith's notice of appeal, however, was filed 32 days after entry of the judgment he wishes to appeal.

For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta, 02/08/2013
  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
  Witness my signature and the seal of said court hereto affixed the day and year last above written.

 , Clerk.